UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMELL M. COOPER,**

    **Plaintiff,**

v.                                                Case No. 4:20cv191-TKW-MAF

**JOHN DOE WARDEN, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 13).  No objections to the Report and Recommendation were filed.  Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed for failure to comply with a court order and for failure to state a claim upon which relief can be granted.  *See* 28 U.S.C. §1915(e)(2)(B)(ii).

Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 14th day of August, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**